UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LLEWELLYN OUELLETTE,

Plaintiff,

v. Case No.: 8:26-cv-528-WFJ-LSG

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
_______________________________/

**ORDER REMANDING TO COMMISSIONER**

The Commissioner moves under sentence four of 42 U.S.C. § 405(g) to remand this action for further administrative proceedings. Dkt. 15. The Commissioner attempted to contact the *pro se* plaintiff Llewellyn Ouellette before filing the motion but was unable to reach him. *Id*. at 1.

Mr. Ouellette's opening brief requests a reversal of the Commissioner's final decision denying his claim for Disability Insurance Benefits under Title II of the Social Security Act and a remand under sentence four so that the Commissioner may "properly evaluate the medical evidence, reassess the residual functional capacity, and obtain additional vocation expert testimony if necessary." Dkt. 14 at 5. The Commissioner believes remand is appropriate and asserts the following:

> Upon remand, the Administrative Law Judge will be instructed to offer Plaintiff the opportunity for a new hearing, further evaluate the

> medical opinion evidence, take further action to complete the administrative record, and issue a new decision.

Dkt. 15 at 1.

Sentence four explains that a reviewing court "shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). In a sentence four remand, the appropriate procedure is for the court to enter a final judgment in the claimant's favor. *See Shalala v. Schaefer*, 509 U.S. 292, 296–97 (1993); *Jackson v. Chater*, 99 F.3d 1086, 1095 (11th Cir. 1996).

Accordingly, it is **ORDERED** as follows:

1. The Commissioner's Motion for Entry of Judgment with Remand (Dkt. 15) is granted.
2. The Commissioner's decision is reversed and remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).
3. The Clerk of Court is directed to enter judgment for Plaintiff and against Defendant, to terminate any pending motions, and to close the case.

**DONE** and **ORDERED** in Tampa, Florida on August 19, 2026.

s/*William F. Jung*

**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**Copies furnished to**:
Counsel of record and Plaintiff, *pro se*